**PIERCE BAINBRIDGE BECK PRICE & HECHT** LLP

Eric M. Creizman, Esq.
Partner

(212) 972-0200

ecreizman@piercebainbridge.com

**Via ECF**

November 25, 2018

The Honorable Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Securities and Exchange Commission v. John A. Paulsen*, **18-CV-6718 (PGG)**

Dear Judge Gardephe:

    I am writing to apologize to the Court and to opposing counsel for filing our papers in support of our motion to dismiss.  Shortly after filing, I noticed that Your Honor's Individual Rules require that motion papers be filed only after the entire motion has been briefed.  I neglected to check the Individual Rules in advance since I had previously appeared before the Court in a criminal case, in which the "Bundling Rule" does not apply.  I will be more careful to check the Court's Rules in the future.

    I thank the Court for its consideration.

Respectfully,

/s/ Eric M. Creizman
Eric M. Creizman

cc:   Alyssa A. Qualls, Esq., Brian D. Fagel, Esq., Eric Celauro, Esq.
      U.S. Securities and Exchange Commission