UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

                Plaintiff,

    v.

JOHN A. PAULSEN,

                Defendant.

**ORDER**

18 Civ. 6718 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the status conference presently scheduled for February 13, 2019 at 12:30 p.m. is adjourned to **February 13, 2019 at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       February 4, 2019

SO ORDERED.

Paul G. Gardephe
United States District Judge