Eric M. Creizman

Direct **T** 212.209.4358  **F** 212.409.8385

ECreizman@atllp.com

MEMO ENDORSED
The Clerk of the Court is directed to strike Docket Entry 112.

SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge

July 7, 2020

July 6, 2020

*By ECF and Email*

The Honorable Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:** *SEC v. John A. Paulsen*, 18-CV-6718 (PGG) (SDNY)

Dear Judge Gardephe:

    On July 4, 2020, I filed a version of John Paulsen's Proposed Findings of Fact and Conclusions of Law as Docket Entry 112 that contained an inaccurate table of contents. I filed a corrected version with a corrected table of contents as Docket Entry 113. I respectfully request that the Court accept the Proposed Findings of Fact and Conclusions of Law filed as Docket Entry 113 and strike Docket Entry 112 from the docket.

    Respectfully submitted,

/s/ Eric M. Creizman
Eric M. Creizman

cc: Alyssa Qualls, Esq., John Birkenheier, Esq., Brian Fagel, Esq., Eric Celauro, Esq. (by ECF and email).