UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

                Plaintiff,

    v.

JOHN A. PAULSEN,

               Defendant.

**ORDER**

18 Civ. 6718 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the bench trial currently scheduled for July 13, 2020 is adjourned to July 15, 2020 at 9:30 a.m.

Dated:  New York, New York
        July 9, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge