UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

      Plaintiff,

  v.

JOHN A. PAULSEN,

      Defendant.

**ORDER**

18 Civ. 6718 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

  It is hereby ORDERED that there will be a pretrial conference in this matter on **July 14, 2020 at 12:00 p.m**.

  The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642.  The press and public may obtain access to the telephone conference by dialing the same number and using the same access code, and must mute their lines.

Dated: New York, New York
    July 14, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge