| July 15 | | | |
|---|---|---|---|
| 1 | 113:15 - 115:03 | 113:15 | Q.  Okay.  Now, notwithstanding that, you entertained Mr. Kang |
| | | 16 | on a few occasions, correct? |
| | | 17 | A.  Yes. |
| | | 18 | Q.  In every instance, though, before you entertained Mr. Kang, |
| | | 19 | you asked your boss for approval; isn't that right? |
| | | 20 | A.  Yes. |
| | | 21 | Q.  Okay.  And your boss was Jon Walker? |
| | | 22 | A.  Yes. |
| | | 23 | Q.  He was the head of sales? |
| | | 24 | A.  Yes. |
| | | 25 | Q.  And you were a managing director? |
| | | | SOUTHERN DISTRICT REPORTERS, P.C. |
| | | | (212) 805-0300 |
| | | | K7FPPAU4                     Kelley - Cross |
| | | 114:01 | A.  Yes. |
| | | 02 | Q.  But you reported to Mr. Walker? |
| | | 03 | A.  Yes. |
| | | 04 | Q.  And each time you asked Mr. Walker for approval to |
| | | 05 | entertain Mr. Kang, he approved it, correct? |
| | | 06 | A.  Yes. |
| | | 07 | Q.  And you were clear with him about who you were |
| | | 08 | entertaining? |
| | | 09 | A.  Yes. |
| | | 10 | Q.  In fact, do you recall asking for pre-approval from |
| | | 11 | Mr. Walker to purchase U.S. open tickets for Mr. Kang? |
| | | 12 | A.  Yes. |
| | | 13 | Q.  Okay.  And you put the name of the client directly on the |
| | | 14 | pre-approval account, did you not? |
| | | 15 | A.  Yes. |
| | | 16 | Q.  And Mr. Walker approved it, correct? |
| | | 17 | A.  Yes. |
| | | 18 | Q.  And we -- that Paul McCartney concert in New Orleans, which |
| | | 19 | you purchased for yourself and your husband and Mr. Kang and |
| | | 20 | his girlfriend, you obtained pre-approval from Mr. Walker |
| | | 21 | beforehand? |
| | | 22 | A.  Yes. |
| | | 23 | Q.  Okay.  And you put the name of the New York Common |

```
           24   Retirement Fund direct -- like right on the pre-approval form?
           25   A.   Yes.
                           SOUTHERN DISTRICT REPORTERS, P.C.
                                    (212) 805-0300
                K7FPPAU4                Kelley - Cross
       115:01   Q.   And if I'm not mistaken, not only did Mr. Walker approve
           02   that purchase, but he was excited about it; am I right?
           03   A.   Yes.
```