Eric M. Creizman

Direct **T** 212.209.4358  **F** 212.409.8385

ECreizman@atllp.com

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: August 20, 2020

August 19, 2020

*By ECF and Email*

The Honorable Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *SEC v. John A. Paulsen*, 18-CV-6718 (PGG) (SDNY)

Dear Judge Gardephe:

    I am writing to respectfully request that the Court grant an extension of time for me to file John Paulsen's post-trial submissions *nunc pro tunc* from Friday, August 14, 2020 to Tuesday, August 18, 2020. As the Court is aware, I filed Mr. Paulsen's Post-Trial Memorandum yesterday. Due to my personal and professional obligations, I simply was unable to effectively complete a final draft in time for the deadline, notwithstanding my sincere efforts to do so.

    Out of fairness to the SEC, I neither reviewed the SEC's initial post-trial submissions until after I filed Mr. Paulsen's post-trial submission, nor did anyone who assisted me with respect to the trial. In addition, I did not disseminate the SEC's initial post-trial submissions to Mr. Paulsen until I filed Mr. Paulsen's post-trial submission.

    I have conferred with counsel for the SEC, which does not oppose my application for a *nunc pro tunc* extension. Out of fairness to the SEC—although they have not asked me to do so—I will commit to filing Mr. Paulsen reply to the SEC's post-trial submission on August 26, 2020, two business days earlier than the August 28, 2020 deadline for reply post-trial submission

    In addition, I respectfully request that the Court permit me to file an amended Post-Trial Memorandum, simply corrects non-substantive, typographical errors in the version filed

Hon. Paul G. Gardephe
August 19, 2020
Page 2

yesterday.  I have attached to this letter as Exhibit A a redline showing the changes from the Post-Trial Memorandum, dated August 18, 2020, that would appear in the Corrected Post-Trial Memorandum I will file if this motion is granted.

    I thank the Court for its consideration in this matter.

    Respectfully,

    /s/ Eric M. Creizman
    Eric M. Creizman

cc: Alyssa Qualls, Esq., John Birkenheier, Esq., Brian Fagel, Esq., Eric Celauro, Esq. (by ECF and email).

ARMSTRONG TEASDALE LLP